IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-MJ-1120-RJ

IN RE: SEIZURE WARRANT FOR :
:
FUNDS IN LUMBEE GUARANTY BANK :
ACCOUNT NUMBER 82002495 UP :
TO $463,289 :

## ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 30 day of April, 2015.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge